| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 823570 <br> PHELAN HALLINAN DIAMOND & JONES, PC <br> 1617 JFK Boulevard, Suite 1400 <br> Philadelphia, PA 19103 <br> 856-813-5500 <br> Attorneys for TRENT BRIDGE ASSET HOLDING TRUST |
| In Re: <br><br> CRISTINA BELTRE D/B/A CRISTINA BELTRE-INDEPENDENT CONTRACTOR |

Case No:  17-20869 - RG

Judge:  ROSEMARY GAMBARDELLA

Chapter:  13

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that <u>Andrew Spivack</u>, Esquire will be substituted for as attorney of record for secured creditor CARISBROOK ASSET HOLDING TRUST in this case.[1]

*Date:*  *12/17/2019*

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq
***Withdrawing Attorney***

*Date:*  *12/17/2019*

/s/ Andrew L. Spivack
Andrew L. Spivack, Esq.
Superseding Attorney
Phelan Hallinan & Diamond, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 1566
Fax: 856-813-5501
Email:
andrew.spivack@phelanhallinan.com

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>823570<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for TRENT BRIDGE ASSET HOLDING TRUST | |
| In Re:<br><br>CRISTINA BELTRE D/B/A CRISTINA BELTRE-INDEPENDENT CONTRACTOR | Case No: 17-20869 - RG<br><br>Hearing Date: N/A<br><br>Judge: ROSEMARY GAMBARDELLA<br><br>Chapter: 13 |

**CERTIFICATION OF SERVICE**

1. I, Janice Fisher:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents TRENT BRIDGE ASSET HOLDING TRUST in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On December 17, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Substitution of Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 17, 2019          /s/ *Janice Fisher*
                                                          Janice Fisher

2

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cristina Beltre<br>33 Milosh Street<br>Clifton, NJ 07011 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
|  | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Steven A Serna, Esquire<br>5300 Bergenline Avenue<br>Suite 300<br>West New York, NJ 07093 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.