STEVEN A. SERNA, ESQ
LAW OFFICES OF STEVEN A. SERNA LLC
5300 BERGENLINE AVENUE, SUITE 300
WEST NEW YORK, NJ  07093

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 17-20869

Re:   CRISTINA BELTRE
      33 MILOSH ST
      CLIFTON,  NJ  07011-2003

Atty:  STEVEN A. SERNA, ESQ
       LAW OFFICES OF STEVEN A. SERNA LLC
       5300 BERGENLINE AVENUE, SUITE 300
       WEST NEW YORK, NJ  07093

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $21,860.00**

## RECEIPTS AS OF 01/15/2020     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/28/2017 | $341.00 | 531681726 | 07/06/2017 | $341.00 | 531682301 |
| 08/07/2017 | $341.00 | 532346422 | 09/06/2017 | $341.00 | 532880414 |
| 12/06/2017 | $341.00 | 1720869-532881764 | 12/06/2017 | $341.00 | 1720869-533358527 |
| 12/12/2017 | $341.00 | 533359721 | 01/10/2018 | $341.00 | 24812835366 |
| 02/13/2018 | $341.00 | 534510088 | 03/12/2018 | $341.00 | 534511361 |
| 04/10/2018 | $369.00 | 535050551 | 05/14/2018 | $369.00 | 534996055 |
| 06/12/2018 | $369.00 | 535506298 | 07/10/2018 | $369.00 | 536012807 |
| 08/10/2018 | $369.00 | 25210093421 | 09/11/2018 | $369.00 | 536538802 |
| 10/11/2018 | $369.00 | 537047875 | 11/13/2018 | $369.00 | 537049686 |
| 12/13/2018 | $369.00 | 25440112135 | 01/15/2019 | $369.00 | 25665063636 |
| 02/20/2019 | $369.00 | 25665090502 | 03/12/2019 | $369.00 | 25753846713 |
| 04/16/2019 | $369.00 | 25882615225 | 05/29/2019 | $369.00 | 539593075 |
| 06/18/2019 | $369.00 | 539594201 | 07/23/2019 | $369.00 | 539595808 |
| 08/23/2019 | $369.00 | 539597068 | 10/01/2019 | $369.00 | 540743826 |
| 11/05/2019 | $369.00 | 540745841 | 12/03/2019 | $369.00 | 540747461 |
| 01/03/2020 | $369.00 | 541871324 | | | |

**Total Receipts: $11,159.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $11,159.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | |
| | 03/19/2018 | $1,501.22 | 8,000,494 | 04/16/2018 | $320.88 | 8,000,531 |
| | 05/14/2018 | $349.07 | 8,000,571 | 06/18/2018 | $349.07 | 8,000,611 |
| | 07/16/2018 | $349.07 | 8,000,647 | 08/20/2018 | $349.07 | 8,000,686 |
| | 09/17/2018 | $357.93 | 8,000,724 | 10/22/2018 | $357.93 | 8,000,765 |
| | 11/19/2018 | $347.97 | 8,000,804 | 12/17/2018 | $347.97 | 8,000,842 |
| | 01/14/2019 | $347.97 | 8,000,885 | 02/11/2019 | $347.97 | 8,000,931 |
| | 03/18/2019 | $347.97 | 8,000,977 | 04/15/2019 | $347.97 | 8,001,022 |
| | 05/20/2019 | $347.97 | 8,001,066 | 06/17/2019 | $354.24 | 8,001,111 |
| | 07/15/2019 | $354.24 | 8,001,153 | 08/19/2019 | $354.24 | 8,001,194 |
| | 09/16/2019 | $354.24 | 8,001,237 | 10/21/2019 | $349.81 | 8,001,281 |
| | 12/16/2019 | $349.81 | 8,001,362 | 01/13/2020 | $349.81 | 8,001,404 |

Chapter 13 Case # 17-20869

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 572.77 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,400.00 | 100.00% | 1,400.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT&T | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BIOREFERENCE LABORATORIES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | HACKENSACK UNIVERSITY MEDICAL CH | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | UNITED STATES TREASURY/IRS | PRIORITY | 14,592.98 | 100.00% | 8,836.42 | |
| 0010 | ROUNDPOINT MTG | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0011 | UNITED STATES TREASURY/IRS | UNSECURED | 7,042.12 | * | 0.00 | |

Total Paid: **$10,809.19**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $11,159.00    -    Paid to Claims: $8,836.42    -    Admin Costs Paid: $1,972.77    =    Funds on Hand: $349.81

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.