| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>CRISTINA BELTRE | Case No.:  17-20869<br>Adv. No.:<br>Hearing Date:  10/21/2020<br>Judge:  RG |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/01/2020, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtor:
CRISTINA BELTRE
33 MILOSH ST
CLIFTON, NJ  07011-2003
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
STEVEN A. SERNA, ESQ
LAW OFFICES OF STEVEN A. SERNA LLC
5300 BERGENLINE AVENUE, SUITE 300
WEST NEW YORK, NJ  07093
Mode of Service:  Regular Mail

---

Dated:  September 01, 2020

By:  /S/  Jessica Antoine
Jessica Antoine